# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph F. Zimmerman Jr dba Joe Z Guitar Repair<br><br>                              Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns<br>                              Movant<br>         vs. | NO. 18-17065 JKF |
| Joseph F. Zimmerman Jr dba Joe Z Guitar Repair<br>                              Debtor(s) | |
| William C. Miller Esq.<br>                              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about **March 21, 2019, docket number 17**.

                                              Respectfully submitted,

                                        By: **/s/ Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                215-627-1322
                                                Attorney for Movant/Applicant

April 30, 2019