UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOSEPH F. ZIMMERMAN, JR.

NO. 18-17065 JKF
CHAPTER 13
HEARING: MAY 29, 2019

ORDER GRANTING MOTION OF FORD MOTOR CREDIT FOR
RELIEF FROM STAYS §§362/1301 RE: 2016 FORD FOCUS MOTOR VEHICLE

In consideration of the Motion of Ford Motor Credit Company, LLC for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, effective immediately, with waiver of FRBP 4001(a)(3):

Ford Motor Credit Company, LLC is granted relief from the Automatic Stays of Bankruptcy Codes 362a/1301, and is free to exercise all of its rights as the lienholder of a 2016 Ford Focus motor vehicle owned by Debtor, Joseph F. Zimmerman, Jr. and Non-Debtor, Zachary Zimmerman.

BY THE COURT:

Date: 5/29/19

_____
Bankruptcy Judge
Jean K. FitzSimon

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

Scott F. Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020