# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JOSEPH ZIMMERMAN      :    CHAPTER 13
                                              :
         Debtor(s)                       :    BANKRUPTCY NO. 18-17065

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Chapter 13 Plan by filing a Second Amended Plan.

_____
J.

**Date: March 4, 2020**