| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-17065-AMC

JOSEPH F  ZIMMERMAN JR
31 EASTER LANE
LEVITTOWN  PA    19054

Petition Filed Date: 10/25/2018
341 Hearing Date: 12/07/2018
Confirmation Date: 05/22/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $505.00 | | 02/25/2019 | $505.00 | | 03/25/2019 | $505.00 | |
| 04/25/2019 | $505.00 | | 05/24/2019 | $577.00 | | 06/27/2019 | $577.74 | |
| 07/25/2019 | $577.37 | | 08/26/2019 | $577.37 | | 09/25/2019 | $577.37 | |
| 10/28/2019 | $577.37 | 6280914000 | 12/04/2019 | $577.37 | | 12/31/2019 | $577.37 | |
| 01/30/2020 | $577.37 | | 03/02/2020 | $577.37 | | 04/07/2020 | $50.00 | |

**Total Receipts for the Period:  $7,843.70     Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $8,853.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $1,552.80 | $0.00 | $1,552.80 |
| 1 | EDUCATIONAL CREDIT MGMT CORP<br>»»  001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FORD MOTOR CREDIT COMPANY<br>»»  004 | Unsecured Creditors | $12,436.55 | $0.00 | $12,436.55 |
| 2 | NEWREZ LLC  D/B/A<br>»»  002 | Mortgage Arrears | $26,234.07 | $4,578.58 | $21,655.49 |
| 5 | YOUNG MARR  & ASSOCIATES<br>»»  005 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $500.00 | $0.00 | $500.00 |

**Chapter 13 Case No. 18-17065-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,853.70 | Current Monthly Payment: | $744.56 |
| Paid to Claims: | $7,578.58 | Arrearages: | $3,839.99 |
| Paid to Trustee: | $775.12 | Total Plan Base: | $41,731.53 |
| Funds on Hand: | $500.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.