UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| JOSEPH F. ZIMMERMAN | : | 9/22/20 10:30 A.M. |
| | : | Courtroom # 4 |
| | : | |
| | : | Case No. 18-17065 |

# ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Specific proof as to the amount outstanding is demanded at the time of hearing.

7. **(INCORRECTLY NUMBERED AS "6")** Denied. Debtors deny that they have failed to make the stated payments as listed and avers that Movant is holding payment(s) in abeyance without crediting their account. However, if debtors have missed any payments, they wish to enter into a stipulation allowing them to repay any post-petition arrearages through the remainder of their Chapter 13 plan.

8. **(INCORRECTLY NUMBERED AS "7")** Denied.

9. **(INCORRECTLY NUMBERED AS "8")** Denied.

10. **(INCORRECTLY NUMBERED AS "9")** Denied.

11.     **(INCORRECTLY NUMBERED AS "10")** Denied.

WHEREFORE, it is requested that this Honorable Court DENY and DISMISS movant's Motion for Relief from the Automatic Stay, or in the alternative approve a stipulation permitting the Debtors to become current on any missed post-petition payments.

                                              Respectfully Submitted,

                                              YOUNG, MARR & ASSOCIATES

By:     /s/Paul H. Young
       Paul H. Young, Esquire
       Attorney for Debtors
       3554 Hulmeville Road, Suite 102
       Bensalem, PA 19020
       P: 215-639-5297
       F: 215-639-1344
       support@ymalaw.com