# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:  JOSEPH ZIMMERMAN JR.**  :  CHAPTER 13

  :

**Debtor(s)**  :  BANKRUPTCY NO. 18-17065

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Amended Plan by filing a Second Amended Plan.

**Date: December 2, 2020**

_____
J.