| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17065-AMC**

JOSEPH F  ZIMMERMAN JR  
31 EASTER LANE  
LEVITTOWN  PA    19054

Petition Filed Date: 10/25/2018  
341 Hearing Date: 12/07/2018  
Confirmation Date: 05/22/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2020 | $577.37 | | 03/02/2020 | $577.37 | | 04/07/2020 | $50.00 | |
| 10/30/2020 | $656.00 | | 12/02/2020 | $656.00 | | 01/05/2021 | $656.00 | |
| 01/29/2021 | $656.00 | | 03/04/2021 | $656.00 | | 03/31/2021 | $656.00 | |
| 04/28/2021 | $656.00 | | 06/01/2021 | $656.00 | | | | |

**Total Receipts for the Period: $6,452.74   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,101.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $1,552.80 | $0.00 | $1,552.80 |
| 1 | EDUCATIONAL CREDIT MGMT CORP<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FORD MOTOR CREDIT COMPANY<br>»» 004 | Unsecured Creditors | $12,436.55 | $0.00 | $12,436.55 |
| 2 | NEWREZ LLC  D/B/A<br>»» 002 | Mortgage Arrears | $26,234.07 | $7,541.48 | $18,692.59 |
| 5 | YOUNG MARR  & ASSOCIATES<br>»» 005 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $500.00 | $0.00 | $500.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $500.00 | $0.00 | $500.00 |
| 5 | NEWREZ LLC  D/B/A<br>»» 02P | Mortgage Arrears | $5,903.30 | $807.66 | $5,095.64 |

Chapter 13 Case No. 18-17065-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,101.70 | Current Monthly Payment: | $656.00 |
| Paid to Claims: | $11,349.14 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,162.16 | Total Plan Base: | $48,869.70 |
| Funds on Hand: | $1,590.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.