| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-17065-AMC**

JOSEPH F  ZIMMERMAN JR  
31 EASTER LANE  
LEVITTOWN  PA    19054

Petition Filed Date: 10/25/2018  
341 Hearing Date: 12/07/2018  
Confirmation Date: 05/22/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/28/2021 | $656.00 | | 06/01/2021 | $656.00 | | 06/28/2021 | $656.00 | |
| 07/29/2021 | $656.00 | | 09/02/2021 | $655.00 | | 10/01/2021 | $655.00 | |
| 10/29/2021 | $656.00 | | 12/01/2021 | $656.00 | | 12/30/2021 | $655.00 | |
| 02/02/2022 | $656.00 | | 03/03/2022 | $656.00 | | 04/04/2022 | $656.00 | |
| 05/10/2022 | $656.00 | | | | | | | |

**Total Receipts for the Period: $8,525.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,314.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $1,552.80 | $0.00 | $1,552.80 |
| 1 | EDUCATIONAL CREDIT MGMT CORP<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FORD MOTOR CREDIT COMPANY<br>»» 004 | Unsecured Creditors | $12,436.55 | $0.00 | $12,436.55 |
| 2 | NEWREZ LLC  D/B/A<br>»» 002 | Mortgage Arrears | $26,234.07 | $13,188.97 | $13,045.10 |
| 5 | YOUNG MARR  & ASSOCIATES<br>»» 005 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $500.00 | $0.00 | $500.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $500.00 | $0.00 | $500.00 |
| 5 | NEWREZ LLC  D/B/A<br>»» 02P | Mortgage Arrears | $5,903.30 | $2,347.19 | $3,556.11 |

**Chapter 13 Case No. 18-17065-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,314.70 | Current Monthly Payment: | $656.00 |
| Paid to Claims: | $18,536.16 | Arrearages: | $1,971.00 |
| Paid to Trustee: | $1,778.54 | Total Plan Base: | $48,869.70 |
| Funds on Hand: | $1,000.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.