United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-17065-amc
Joseph F. Zimmerman, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph F. Zimmerman, Jr., 31 Easter Lane, Levittown, PA 19054-3201 |
| 14218819 | + | Beneficial Mutual Savings, Beneficial Mutual Savings, 530 Walnut St., Attn: Bankruptcy, Philadelphia, PA 19106-3624 |
| 14218820 | + | Beneficial Mutual Savings, 530 Walnut St, Philadelphia, PA 19106-3624 |
| 14229987 | + | Ford Motor Credit Co. LLC, c/o Howard Gershman, 610 York Rd., Ste. 200, Jenkintown, PA 19046-2867 |
| 14231589 | + | PNC Bank NA, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14218829 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14218818 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 18 2022 00:06:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14251338 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:17:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14218821 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 18 2022 00:07:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14218822 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 18 2022 00:07:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 14357063 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 18 2022 00:06:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14257745 | | Email/Text: EBNBKNOT@ford.com | Nov 18 2022 00:07:00 | Ford Motor Credit Company, LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 14218824 | + | Email/Text: EBNBKNOT@ford.com | Nov 18 2022 00:07:00 | Lincoln Automotive Financial Service, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14218823 | + | Email/Text: EBNBKNOT@ford.com | Nov 18 2022 00:07:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14218826 | | Email/Text: EBN@Mohela.com | Nov 18 2022 00:06:00 | MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14218825 | | Email/Text: EBN@Mohela.com | Nov 18 2022 00:06:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14220603 | + | Email/Text: bncnotifications@pheaa.org | Nov 18 2022 00:06:00 | MOHELA on behalf of PHEAA, P O Box 8147, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Harrisburg, PA 17105-8147 |
| 14427203 | Email/Text: mtgbk@shellpointmtg.com | Nov 18 2022 00:06:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14218827 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2022 00:06:00 | PNC Bank, B6-YM07-01-7, PO Box 1820, Dayton, OH 45401-1820 |
| 14249087 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2022 00:06:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14218828 | ^ MEBN | Nov 18 2022 00:02:04 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 14219879 | + Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:17:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association, Not In Its Ind |
| 14218830 | | Zachary Zimmerman |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14408760 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| PAUL H. YOUNG | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 24 |

on behalf of Debtor Joseph F. Zimmerman Jr. support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    JOSEPH F ZIMMERMAN JR

Chapter 13

Bankruptcy No. 18-17065-AMC

Debtor

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 16, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE